# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:11-cr-00106-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SHANE PATRICK PARRECO, )<br>)<br>Defendant. )<br>_____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court upon the Defendant's letter, which the Court construes as a Motion for Early Termination of Supervised Release [Doc. 29]. The Defendant's supervising probation officer and the Assistant United States Attorney report that they have no objection to the Defendant's request.

Upon review of the Defendant's Motion, the Court is satisfied that the early termination of the Defendant's supervised release is warranted.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Early Termination of Supervised Release [Doc. 29] is **GRANTED**, and the Defendant's term of supervised release in the above-referenced action is hereby terminated.

The Clerk of Court is respectfully directed to provide a copy of this Order to the Defendant; counsel for the Government, Tom Kent; and the supervising U.S. Probation Officer, Jennifer Call.

**IT IS SO ORDERED.**

Signed: April 17, 2019

Martin Reidinger
United States District Judge